

# NUMBER 13-24-00645-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

TAMMY BAILEY, Appellant,

v.

RELATIVE RESOURCES, LLC, Appellee.

## ON APPEAL FROM THE 267TH DISTRICT COURT
## OF GOLIAD COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca
Memorandum Opinion by Chief Justice Tijerina**

This matter is before the Court on the appellant's failure to file a brief or reasonably explain the failure to do so. On June 13, 2025, the Clerk of the Court notified appellant that her third motion for extension to time to file the brief was granted and that the brief was now due to be filed on or before Monday, July 21, 2025. Appellant was further advised that no further extension shall be granted absent extraordinary circumstances.

On July 17, 2025, appellant filed an emergency motion for additional extension of time to file her brief, a motion for a complete reporter's record, a motion to notify the attorney general that she is challenging a state statute's constitutionality, and a motion for findings of fact. By order dated July 23, 2025, the Court denied appellant's motion for a complete reporter's record and motion to notify the attorney general's office of the challenge to the constitutionality of a state statute. We carried appellant's motion for findings of fact with the case. We denied appellant's motion for extension of time to file her brief and ordered her to file the brief on or before Monday, July 28, 2025, pursuant to the Texas Rules of Appellate Procedure 38.8(a), 42.3(b) and (c). We stated that "if appellant fails to file the brief by the date ordered, this appeal shall be dismissed" and that no further extensions shall be granted. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).

Appellant did not file her brief on July 28, 2025. However, on July 29, 2025, appellant filed a motion for leave to hand deliver her brief, another motion for extension of time to file the brief, requesting an additional seven days, and a motion to waive Texas Rule of Appellate Procedure regarding electronic filing. *See id.* 4.3(d), (e). We deny appellant's motion to hand deliver the brief, motion for extension of time to file the brief, and motion to waive the Texas Rules of Appellate Procedure regarding electronic filing. Accordingly, we dismiss the appeal for want of prosecution.[1]  *See id.* 38.8(a), 42.3(b).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
31st day of July, 2025.

---

[1] We deny appellant's motion for findings of fact and conclusions of law.